IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LARRY FORD,

    Petitioner,

vs.                                      CASE NO. 4:13cv1-MW/CAS

SECRETARY, DEPT. OF CORRECTIONS,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

This cause is before me upon referral from the Clerk. Pending is Petitioner's Petition for Writ of Habeas Corpus. Doc. 1. In an order filed January 8, 2013, Petitioner was directed to submit the $5.00 filing fee by February 8, 2013. Petitioner was advised that his failure to respond as instructed in each order would result in a recommendation of dismissal of this action. Doc. 4.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). Since Petitioner has failed to comply with an order of this Court his Petition should now be dismissed without prejudice.

The Petitioner shall have a 14 day period after service of this report and recommendation in which to file objections.  This will also afford Petitioner a final opportunity to show good cause for his failure to comply with this Court's order.  Petitioner may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice.**

**IN CHAMBERS** at Tallahassee, Florida, this 19th day of February, 2013.

s/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**