IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LARRY FORD,**

    **Plaintiff,**

v.                                          **CASE NO. 4:13-CV-1-MW/CAS**

**SECRETARY, FLORIDA**
**DEPARTMENT OF CORRECTIONS,**

    **Defendant.**

****************************

**ORDER ACCEPTING AND ADOPTING REPORT AND**
**<u>RECOMMENDATION</u>**

The Court has considered the Magistrate's Report and Recommendation, ECF No. 5, filed February 19, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for failure to comply with an order of the Court." The Clerk shall close the file.

SO ORDERED on March 11, 2013.

                                                      s/Mark E. Walker       
                                                      United States District Judge