IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LARRY FORD.**

    **Petitioner,**

v.                                         Case No.  4:13cv1-MW/CAS

**SECRETARY, DEPARTMENT
OF CORRECTIONS**

    **Defendant.**
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

    This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 27, filed September 16, 2015.  Petitioner has failed to file a response to the report and recommendation even though he sought and received an extension of time until December 6, 2015, in which to file his objections.  ECF Nos. 28 and 29.   Accordingly

    IT IS ORDERED:

    The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "Petitioner's amended § 2254 petition, ECF No. 15, is **DENIED**.  A certificate of appealability is **DENIED** and

leave to appeal *in forma pauperis* is **DENIED**." The Clerk shall close the file.

**SO ORDERED on December 14, 2015.**

**s/Mark E. Walker**
**United States District Judge**
