IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LARRY FORD,**

        **Petitioner,**

v.                                                 Case No. 4:13cv1-MW/CAS

**SECRETARY, DEPARTMENT OF
CORRECTIONS,**

        **Respondent.**
_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No. 27, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 32. Accordingly,

IT IS ORDERED:

This Court **accepts and adopts,** over Petitioner's objections, the Magistrate's Report and Recommendation as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's amended § 2254 petition, ECF No. 15, is **DENIED**. A certificate of appealability is **DENIED** and leave to appeal *in forma pauperis* is

1

**DENIED**."  The Clerk shall close the file.

    **SO ORDERED on January 10, 2016.**

                                          <u>**s/Mark E. Walker**</u>
                                          **United States District Judge**